# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-07328-SVW-AS | Date | November 14, 2017 |
|---|---|---|---|
| Title | Mauricio Pinzon v. Guilermina Vazquez et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

     On October 26, 2017, the Court received returned mail from plaintiff, without a forwarding address (see Dkt. entries 10, 11, 12, 13, and 14); therefore, pursuant to L.R. 41-6, the case is dismissed for failure of a pro se plaintiff to keep the Court apprised of his current address.

                                    :

Initials of Preparer           PMC